# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOSHUA CACHO,**

        **Plaintiff,**

v.                                    Case No: 6:23-cv-1316-PGB-LHP

**MODERN CONCEPTS
CONSTRUCTION LLC,**

        **Defendant.**
_____/

## ORDER

This cause is before the Court on Magistrate Judge Leslie Hoffman Price's Report and Recommendation (Doc. 17 (the "**Report**")), filed January 4, 2024. Therein, upon *sua sponte* review of the file, Magistrate Judge Hoffman Price recommended that the matter be dismissed without prejudice for failure to comply with Court Orders and for failure to prosecute. (Doc. 17; *see* Doc. 16); Local Rule 3.10. No parties have filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report.

Therefore, it is **ORDERED** as follows:

1. The Report, filed January 4, 2024 (Doc. 17), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court Orders and for failure to prosecute; and

3. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 23, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties